Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 79 C 2362 | DATE | 7/11/2008 |
| CASE TITLE | Equal Employment Opportunity Commission vs. Chicago Miniature Lamp Works | | |

**DOCKET ENTRY TEXT**

Parties having been notified by phone on May 29, June 4 and June 13, 2008 that Pursuant to LR 79.1, unless the parties remove the exhibits within 30 days following notice by the clerk to remove the exhibits, the material shall be sold or disposed of as the court directs. No response having been received to phone calls, the Clerk of Court is directed to dispose of the exhibits attached to the pretrial order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|